| AO-10 Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT NOMINATION FILING | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (Last name, First name, Middle initial)  Jonker, Robert J | 2. Court or Organization  U.S. Dist. Western Dist of MI | 3. Date of Report  3/22/2007 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time)  US District Judge Nominee | 5. ReportType (check appropriate type)  ⦿ Nomination, Date 3/19/2007  ○ Initial  ○ Annual  ○ Final | 6. Reporting Period  1/1/2006 to 2/28/2007 |
| 7. Chambers or Office Address  900 Fifth Third Center  111 Lyon Street N.W.  Grand Rapids, MI 49503-2487 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.  Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES.** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ **NONE** - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Partner | Warner Norcross & Judd LLP |
| 2. Vice President/Operations | Western District of Michigan Chapter of the Federal Bar Association |
| 3. General Counsel | Christian Meyer for State Representative |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☐ **NONE** - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 2007 | Warner Norcross & Judd LLP Partnership Agreement - No deferred income |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☐ NONE  - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2005 | Warner Norcross & Judd LLP | $463,666 |
| 2. | 2006 | Warner Norcross & Judd LLP | $330,107 |
| 3. | 2007 | Warner Norcross & Judd LLP | $79,827.80 |

### B. Spouse's Non-Investment Income (If you were married during any portion of the reporting year, please complete this section. Dollar amount not required except for honoraria.)

☐ NONE  - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2005 | Self-employed psychology practice |
| 2. | 2006 | Self-employed psychology practice |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☐ NONE  - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | Exempt | |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☐ NONE - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. Exempt | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ NONE - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☐ NONE - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. Exempt | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jonker, Robert J | 3/22/2007 |

## VII. INVESTMENTS and TRUSTS  -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Deposit Accounts at Fifth Third Bank | ▓ | ▓ | ▓ | ▓ | Exempt | | ▓ | ▓ | |
| 2. Fifth Third Bank - Stock | ▓ | ▓ | ▓ | ▓ | | | ▓ | ▓ | |
| 3. Fifth Third Institutional Money Market Fund (N) | ▓ | ▓ | ▓ | ▓ | | | ▓ | ▓ | |
| 4. Freddie Mac Agency Bond CUSIP 3128X2EY7 | ▓ | ▓ | ▓ | ▓ | | | ▓ | ▓ | |
| 5. Freddie Mac Agency Bond CUSIP 3133F1RQ2 | ▓ | ▓ | ▓ | ▓ | | | ▓ | ▓ | |
| 6. Fannie Mae Agency Bond CUSIP 3136F52G5 | ▓ | ▓ | ▓ | ▓ | | | ▓ | ▓ | |
| 7. Fannie Mae Agency Bond CUSIP 3136F53G4 | ▓ | ▓ | ▓ | ▓ | | | ▓ | ▓ | |
| 8. Lehman Bros Hlds Inc Lehman Corp Bond CUSIP 52519FAD3 | ▓ | ▓ | ▓ | ▓ | | | ▓ | ▓ | |
| 9. Dreyfus Prem High Incm-B Mut Bnd Fnds CUSIP 26202J208 | ▓ | ▓ | ▓ | ▓ | | | ▓ | ▓ | |
| 10. Alliance Bernstein Growth & Inc Fund CL B CUSIP 018597203 | ▓ | ▓ | ▓ | ▓ | | | ▓ | ▓ | |
| 11. Alliance Bernstein Growth & Inc Fund CL B 018597203 | ▓ | ▓ | ▓ | ▓ | | | ▓ | ▓ | |
| 12. American Amcap FD CL A CUSIP 023375108 | ▓ | ▓ | ▓ | ▓ | | | ▓ | ▓ | |
| 13. Calamos Invt Tr New Strategic Income FD CL C CUSIP 128119849 | ▓ | ▓ | ▓ | ▓ | | | ▓ | ▓ | |
| 14. American Cap Incm Builder-C CUSIP 140193301 | ▓ | ▓ | ▓ | ▓ | | | ▓ | ▓ | |
| 15. Columbia Fds Ser TR Marsico Growth FD CL C CUSIP 19765H198 | ▓ | ▓ | ▓ | ▓ | | | ▓ | ▓ | |
| 16. American Funds Europacific Growth Fund CUSIP 298706102 | ▓ | ▓ | ▓ | ▓ | | | ▓ | ▓ | |
| 17. American Fundamental Investors-A CUSIP 360802102 | ▓ | ▓ | ▓ | ▓ | | | ▓ | ▓ | |
| 18. Goldman Sachs TR Mid Cap Value FD CL B CUSIP 38142V712 | ▓ | ▓ | ▓ | ▓ | | | ▓ | ▓ | |

1. Income/Gain Codes: A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
(See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
(See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000
3. Value Method Codes   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
(See Column C2)   U = Book Value   V = Other   W = Estimated

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets)<br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions (1) Type (e.g. buy, sell, merger, redemption) | D. (2) Date: Month - Day | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 19. American Growth FD of America-A CUSIP 399874106 | | | | | | | | | |
| 20. Jennison Natural Resources FD-C CUSIP 476293303 | | | | | | | | | |
| 21. Lord Abbett Mid-Cap Value FD-B CUSIP 543919203 | A | | | | | | | | |
| 22. MFS Mid Cap Growth FD-B CUSIP 552987802 | | | | | | | | | |
| 23. MFS Capital Opportunities CUSIP 552988404 | | | | | | | | | |
| 24. American Funds Group New Perspective Fund #07 CUSIP648018109 | | | | | | | | | |
| 25. ING Global Real Estate FD-C CUSIP 44980R292 | | | | | | | | | |
| 26. Van Kampen Aggr Growth Fund CL B cusip 92113A835 | | | | | | | | | |
| 27. Jennison Health Sciences C | | | | | | | | | |
| 28. Lord Abbett Small Cap Blend C | | | | | | | | | |
| 29. Unit Van Kampen EAFE Select 20 Portfolio 2006-1 | | | | | | | | | |
| 30. Unit Van Kampen EAFE Select 20 Portfolio 2006-3 | | | | | | | | | |
| 31. BDP Morgan Stanley Bank | | | | | | | | | |
| 32. Van Kampen Comstock C | | | | | | | | | |
| 33. Jennison Natl Resources C | | | | | | | | | |
| 34. Goldman Sachs Mid Cap Val C | | | | | | | | | |
| 35. Columbia Marsico Growth C | | | | | | | | | |
| 36. Unit Van Kampen Brick Opportunity Portfolio 2007-1 | | | | | | | | | |

1. Income/Gain Codes: (See Columns B1 and D4)  A = $1,000 or less  B = $1,001-$2,500  C = $2,501-$5,000  D = $5,001-$15,000  E = $15,001-$50,000  F = $50,001-$100,000  G = $100,001-$1,000,000  H1 = $1,000,001-$5,000,000  H2 = More than $5,000,000

2. Value Codes: (See Columns C1 and D3)  J = $15,000 or less  K = $15,001-$50,000  L = $50,001-$100,000  M = $100,001-$250,000  N = $250,000-$500,000  O = $500,001-$1,000,000  P1 = $1,000,001-$5,000,000  P2 = $5,000,001-$25,000,000  P3 = $25,000,001-$50,000,000  P4 = $More than $50,000,000

3. Value Method Codes: (See Column C2)  Q = Appraisal  R = Cost (Real Estate Only)  S = Assessment  T = Cash/Market  U = Book Value  V = Other  W = Estimated

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Jonker, Robert J | 3/22/2007 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS    (Indicate part of Report.)

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Jonker, Robert J | 3/22/2007 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____     Date _March 22, 2007_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C.  20544

# FINANCIAL STATEMENT

## NET WORTH

---

Provide a complete, current financial net worth statement which itemizes in detail all assets (including bank accounts, real estate, securities, trusts, investments, and other financial holdings) all liabilities (including debts, mortgages, loans, and other financial obligations) of yourself, your spouse, and other immediate members of your household.

| ASSETS | | | | LIABILITIES | | | |
|---|---|---|---|---|---|---|---|
| Cash on hand and in banks | | 150 | 000 | Notes payable to banks-secured | | | |
| U.S. Government securities-add schedule | | | | Notes payable to banks-unsecured | | | |
| Listed securities-add schedule | | 6 | 000 | Notes payable to relatives | | | |
| Unlisted securities--add schedule | | | | Notes payable to others | | | |
| Accounts and notes receivable: | | | | Accounts and bills due | | | |
| Due from relatives and friends | | | | Unpaid income tax | | | |
| Due from others | | | | Other unpaid income and interest | | | |
| Doubtful | | | | Real estate mortgages payable-add schedule | | 100 | 000 |
| Real estate owned-add schedule | | 560 | 000 | Chattel mortgages and other liens payable | | 15 | 000 |
| Real estate mortgages receivable | | | | Other debts-itemize: | | | |
| Autos and other personal property | | 50 | 000 | Personal Line of Credit | | 20 | 000 |
| Cash value-life insurance | | | | Balance of pledge to church building fund | | 6 | 000 |
| Other assets itemize: | | | | | | | |
| 401(k) | | 650 | 000 | | | | |
| | | | | | | | |
| | | | | Total liabilities | | 141 | 000 |
| | | | | Net Worth | 1 | 275 | 000 |
| Total Assets | 1 | 416 | 000 | Total liabilities and net worth | | | |
| CONTINGENT LIABILITIES | | | | GENERAL INFORMATION | | | |
| As endorser, comaker or guarantor | | | | Are any assets pledged? (Add schedule) | NO | | |
| On leases or contracts | | | | Are you defendant in any suits or legal actions? | NO | | |
| Legal Claims | | | | Have you ever taken bankruptcy? | NO | | |
| Provision for Federal Income Tax | | | | | | | |
| Other special debt | | | | | | | |